**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

BRAUMER RODRIGUEZ SANCHEZ,

Petitioner,

v. No. 1:26-cv-00314-WJ-KK

MELISSA ORTIZ, Acting Warden of Torrence County
Detention Center;
MARY DE ANDA-YBARRA, Field Office Director,
El Paso Filed Office, United States Immigration and
Customs Enforcement;
TODD LYONS, Acting Director of U.S. Immigration
and Customs Enforcement;
KRISTI NOEM, Secretary, United States Department of
Homeland Security;
PAMELA JO BONDI, Attorney General of the United States,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice** and this case is **CLOSED**.

/s/
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE